84 So.2d 130

**Mabel PATTERSON**

v.

**WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY.**

4 Div. 863.

Supreme Court of Alabama.

Dec. 22, 1955.

Allen Cook, Andalusia, for petitioner.

Albrittons & Rankin, Andalusia, opposed.

STAKELY, Justice.

Petition of Mabel Patterson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Patterson v. Woodmen of the World Life Ins. Soc., 84 So.2d 127.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

82 So.2d 927

**Howard POINTER v. STATE.**

7 Div. 268.

Supreme Court of Alabama.

June 16, 1955.

R. A. Norred, Anniston, for appellant.

John Patterson, Atty. Gen., for the State.

SIMPSON, Justice.

Affirmed.

LIVINGSTON, C. J., and GOODWYN and MAYFIELD, JJ., concur.

83 So.2d 374

**REPUBLIC STEEL CORPORATION**

v.

**D. L. GILBERT.**

7 Div. 295.

Supreme Court of Alabama.

Nov. 10, 1955.

Wm. Henry Beatty, Burr, McKamy, Moore & Thomas, Birmingham, and Hood, Inzer, Martin & Suttle, Gadsden, for petitioner.

Hobdy G. Rains, Geo. C. Hawkins, Rains, Rains & Acree and Hawkins & Copeland, Gadsden, opposed.

STAKELY, Justice.

Petition of Republic Steel Corporation for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Republic Steel Corp. v. Gilbert, 83 So.2d 370.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.